**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LEEANN HARWICK, | ) | CASE NO. 3:21-cv-1574 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANTS' MOTION FOR LEAVE** |
| CEDAR FAIR, L.P., et al., | ) | **TO FILE REPLY TO PLAINTIFF'S** |
| | ) | **RESPONSE IN OPPOSITION TO** |
| Defendants. | ) | **DEFENDANTS' MOTION TO DISMISS** |
| | ) | |
| | ) | |

Now comes the Defendants, Cedar Fair, L.P. and Cedar Point Park LLC (hereinafter "Defendants"), by and through undersigned counsel, and respectfully requests leave, until Wednesday, December 29, 2021, to file a reply to Plaintiff's Response in Opposition of Defendants' Motion to Dismiss. As grounds for this Motion, Defendants' counsel has been unable to file a reply due to the press of business and the holiday. Defendants' reply was due December 16, 2021. Plaintiff would not be prejudiced by Defendants' submission thirteen (13) days after this date. Plaintiff herself requested a twenty-one (21) day extension to file her response in opposition.

Respectfully submitted,

/s/ Justin D. Harris
JUSTIN D. HARRIS (0078252)
HANNAH R. DUSCHL (0100681)
REMINGER CO., L.P.A.
237 W. Washington Row, 2nd Floor
Sandusky, Ohio 44870
Phone: (419) 609-1311
Fax:    (419) 626-4805
E-Mails:  jharris@reminger.com
                hduschl@reminger.com

Counsel for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the foregoing was sent this 27th day of December 2021, via e-mail to the following:

| | |
|---|---|
| Owen B. Dunn, Jr. (OH00074743)<br>The Law Offices of Owen Dunn, Jr.<br>The Ottawa Hills Shopping Center<br>4334 W. Central Avenue, Suite 222<br>Toledo, Ohio 43615<br>dunnlawoffice@sbcgolbal.net | Lead Counsel for Plaintiff |
| Bertrand R. Puligandla (OH611400)<br>Vijay K. Puligandla (OH0041011)<br>The Puligandla Law Firmm, LLC<br>1700 Canton, Suite 1-A<br>Toledo, Ohio 43604<br>vpuligandla@yahoo.com | Co-Counsel for Plaintiff |

/s/ Justin D. Harris
JUSTIN D. HARRIS (0078252)