# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| LEEANN HARWICK, | ) | CASE NO. 3:21-cv-1574 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF COUNSEL'S CHANGE OF** |
| CEDAR FAIR, L.P., et al., | ) | **ADDRESS** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Now comes, Justin Harris, counsel for Defendants Cedar Fair, L.P., Cedar Fair, L.P. dba Cedar Fair Entertainment Company, Cedar Fair, L.P. dba Cedar Point, and Rocky Mountain Construction Group, and hereby notifies this Court and all parties that as of May 2, 2022, his address is changed to:

**Reminger Co., LPA**
**154 Columbus Ave.**
**Sandusky, Ohio 44870**

Please direct all future court notices, court orders, and correspondence, to the new address.

                                                     Respectfully submitted,

                                                     *Justin D. Harris*
                                                     JUSTIN D. HARRIS (0078252)
                                                     REMINGER CO., L.P.A.
                                                     154 Columbus Avenue
                                                     Sandusky, Ohio 44870
                                                     (419) 609-1311, FAX (419) 626-4805
                                                     Jharris@reminger.com

                                                     Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2022, the foregoing was sent via email or regular US mail to the following:

| | |
|---|---|
| Owen B. Dunn, Jr. (OH00074743)<br>The Law Offices of Owen Dunn, Jr.<br>The Ottawa Hills Shopping Center<br>4334 W. Central Avenue, Suite 222<br>Toledo, Ohio 43615<br>dunnlawoffice@sbcgolbal.net | Lead Counsel for Plaintiff |
| Bertrand R. Puligandla (OH611400)<br>Vijay K. Puligandla (OH0041011)<br>The Puligandla Law Firm, LLC<br>1700 Canton, Suite 1-A<br>Toledo, Ohio 43604<br>vpuligandla@yahoo.com | Co-Counsel for Plaintiff |

/s/Justin D. Harris
JUSTIN D. HARRIS (0078252)